In the Matter of the Claim of· ADOLPH LANDES against DAVID LUPTON et al., Appellants.

STATE INDUSTRIAL COMMISSION, Respondent.

*Landes* v. *Lupton's Sons Co.*, 176 App. Div. 939, appeal dismissed.
(Argued June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1916, affirming an award under the Workmen's Compensation Law. .

The motion was made upon the ground that the notice of appeal had not been served within the required time.

*Clarence E. Aiken* for motion.

*William H. Foster* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.